**Stay GRANTED AND Order filed March 29, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00267-CV

_____

## IN RE KOSMOS ENERGY SAO TOME AND PRINCIPE, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-71987**

## ORDER

On March 28, 2019, relator Kosmos Energy Sao Tome and Principe filed a petition for writ of mandamus, asking this court to compel the Honorable Tanya Garrison, presiding judge of the 157th District Court of Harris County, to vacate the part of her March 4, 2019 order denying relator's motion to quash the deposition of Andrew Inglis, and requiring relator to produce Mr. Inglis for deposition within 45 days (by April 18, 2019).

Relator also has filed a motion for temporary relief, asking this court to stay the March 4, 2019 order pending a decision on the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(b), 52.10.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **ORDER** the part of the March 4, 2019 order requiring relator to produce Mr. Inglis for deposition **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests ERHC Energy Inc., Peter Ntephe, and Sylvan Odobulu, the real parties-in-interest, to file a response to the petition for writ of mandamus on or before April 12, 2019. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Wise and Zimmerer.